**Ernest JOYNER, Petitioner–Appellant,**

v.

**Terry O'BRIEN, Warden, Defendant–Appellee.**

**No. 2010–1217.**

United States Court of Appeals, Federal Circuit.

March 18, 2010.

Ernest Joyner, Fairton, NJ, pro se.

Jeanne E. Davidson, Department of Justice, Washington, DC, for Defendant–Appellee.

## ORDER

Pursuant to this court's order filed March 3, 2010,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the District of Columbia Circuit.